STATE OF CONNECTICUT *v.* TYSON HUNTER

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 767 (AC 19570), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Alexander H. Schwartz*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided June 7, 2001

THEODORE N. LENCZYK *v.* CLIFFORD GRABOWSKI

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 902 (AC 20290), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

*Matthew B. Witt*, in opposition.

Decided June 7, 2001